## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MICHEL HUTCHINS,                     )
                                     )
      Plaintiff,                )
                                     )
vs.                                  )     Case No. CIV-05-0743-F
                                     )
FIELD SUPPORT SERVICES, INC.,        )
                                     )
      Defendant.                )

## ORDER

The court desires to be made aware, in advance of trial, of certain matters which may present evidentiary issues at trial.

Accordingly, the court directs counsel for the plaintiff to file, not later than August 1, 2006, a statement, signed by counsel, which shall include the following matters:

1.   A reasonably detailed description of any adverse employment actions affecting plaintiff, other than the actions which directly form the substantive basis of the claims asserted in this action, with respect to which counsel proposes to present evidence at trial.  The description shall include the date and nature of the action and the names and job titles of the individuals who were involved with making the decision to take the action or with implementation of the decision, as well as any other facts believed to support the admissibility of evidence as to the employment action.

2.   A reasonably detailed description of any employment actions affecting employees other than plaintiff, with respect to which counsel proposes to present evidence at trial.  The description shall include the date and nature of the action and the names and job titles of the individuals who were involved with making the

decision to take the action or with implementation of the decision, as well as any other facts believed to support the admissibility of evidence as to the employment action.

3.   A reasonably detailed description of any discriminatory remarks which counsel for plaintiff proposes to offer at trial.  *See* <u>Reeves v. Sanderson Plumbing Products, Inc.</u>, 530 U.S. 133, 151-53 (2000); <u>Danville v. Regional Lab Corporation</u>, 292 F.3d 1246, 1251 (10th Cir. 2002); <u>Heno v. Spirit/United Management Co.</u>, 208 F.3d 847, 856 (10th Cir. 2000) and <u>Cone v. Longmont United Hospital Assoc.</u>, 14 F.3d 526, 530-31 (10th Cir. 1994).

The description shall include, for each such remark, (i) a statement of the approximate date upon which the remark was made, (ii) identification of the person who made the remark, (iii) the context (place, etc.) in which the remark was made, (iv) identification of all other persons present when the remark was made, and (v) the content or substance of the statement.

The information required by this order shall be set forth in a separately numbered paragraph for each employment action, incident, occurrence or remark described in the statement as required by this order.

Dated this 10th day of July, 2006.


_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


05-0743p010(pub).wpd